# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0297.  LEWIS v. THE STATE.**

Appellant in the above-styled case has filed a motion to remand the case to the Fulton County Superior Court for completion of the trial transcript.  The motion is granted and the case is remanded to the superior court. When the entire record is prepared, the case may then be transmitted to and re-docketed with the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/23/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*